**KAPLAN HECKER & FINK LLP**     350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    929.294.2536
DIRECT EMAIL   gtenzer@kaplanhecker.com

July 22, 2021

**VIA ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re: *Doe v. The Trustees of Columbia University in The City of New York, et al.*, No. 21-CV-05839 (ER) (S.D.N.Y.)

Dear Judge Ramos:

  We represent Defendant The Trustees of Columbia University in the City of New York ("Columbia" or the "University") and the individual defendants (collectively "Defendants") in the above-captioned action. We write to discuss a couple of procedural issues related to this case filed by pro se Plaintiff Doe and to seek the Court's guidance on how to proceed. Consistent with this Court's order granting Plaintiff's motion to proceed under pseudonym (ECF 8 at 4), Defendants have moved to file this letter with a redaction.

  First, in light of Plaintiff's recent statement to counsel that she intends to immediately move for partial summary judgment in this action, Defendants respectfully submit that this case would greatly benefit from an early status conference. More specifically, on July 14, 2021, Plaintiff submitted to the University a Gender-Based Misconduct ("GBM") Appeal Form to which Plaintiff attached a copy of what appears to be a complaint in this action, albeit not the complaint that was filed and served on July 20 (ECF 12). Thereafter, on July 19, counsel attempted to confirm whether Plaintiff intended to pursue her appeal in the underlying GBM proceeding at Columbia, or whether she had instead decided to pursue this litigation. On July 20, we received an email from Plaintiff, stating in part: "The summonses and Complaint were properly served on Columbia today. Once I see your notice of appearance, I will then move for partial Summary Judgement with what I have." Accordingly, we believe that a status conference would be very helpful, insofar as the Court and the parties could discuss the filing of any early motions, as well as the possibility of mediation or a judicial settlement conference. *See* L. Civ. R. 83.9(d). It would seem to make little if any sense for Plaintiff to seek to file a motion for summary judgment before Columbia files a motion to

KAPLAN HECKER & FINK LLP

2

dismiss. At the very least, Plaintiff should be required to comply with the Court's Individual Practice 2.A.ii before filing any motion.

Relatedly, Defendants respectfully request that this Court allow 45 days from July 15, 2021, *i.e.*, until August 30, 2021, for Defendants to move to dismiss Plaintiff's complaint. On July 15, 2021, counsel proactively provided pro se Plaintiff Jane Doe with a waiver of the service of summons on behalf of all Defendants in this action, pursuant to Rule 4. Plaintiff immediately responded, stating that she would have the summons served at her "earliest convenience." We then explained that Defendants were *waiving* service pursuant to Rule 4, and that all Plaintiff had to do was email counsel a copy of the complaint to effect service on each and all of the Defendants. Plaintiff instead, on July 20, filed her complaint as "Amended Complaint" (ECF 12) and served it by hand on the Defendants at Columbia. Defendants respectfully request 45 days to move to dismiss the complaint. Defendants will of course adhere to the Court's Individual Practice 2.A.ii and submit a request for a pre-motion conference before filing their motion to dismiss.



We are available for a conference should Your Honor wish to discuss any of the above issues with the parties.

Respectfully submitted,

Gabrielle E. Tenzer

cc:   Jane Doe