# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63ʳᴰ FLOOR
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL    929.294.2536
DIRECT EMAIL  gtenzer@kaplanhecker.com

---

**MEMO ENDORSED**

The request is granted. The Clerk of Court is respectfully directed to terminate the motion. Doc. 19.

So ordered.

_____
Edgardo Ramos, U.S.D.J
Dated: 7/23/2021
New York, New York

---

July 22, 2021

<u>VIA ECF</u>

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

                Re:    *Doe v. The Trustees of Columbia University in The City of New York, et al.*, No. 21-CV-05839 (ER) (S.D.N.Y.)

Dear Judge Ramos:

      We represent Defendant The Trustees of Columbia University in the City of New York ("Columbia" or the "University") and the individual defendants (collectively, "Defendants") in the above-captioned action. We move pursuant to Your Honor's Individual Practice 3.ii to file a letter to the Court with a proposed redaction. Pursuant to Your Honor's Individual Practice 3.ii, we are publicly filing the letter with the proposed redaction and an unredacted version is being filed under seal with the proposed redaction highlighted.

      At the start of this case, pro se Plaintiff Jane Doe filed a Motion to Proceed Under a Pseudonym (ECF 3), which motion was granted by the Court on July 13, 2021 (the "Pseudonym Order," ECF 8 at 4). Information in Defendants' letter to the Court necessarily includes or could otherwise reveal Plaintiff's name. Accordingly, consistent with the Pseudonym Order already entered in this case, Defendants seek to redact only the final paragraph of the letter, which would otherwise reveal Plaintiff's identity.

                                                                  Respectfully submitted,

                                                                  Gabrielle E. Tenzer

cc:       Jane Doe