USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JANE DOE,

                                    Plaintiff,                         21-CV-05839 (ER) (SN)

         -against-                                         **ORDER**

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK, et al.,

                                  Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On Wednesday, August 11, 2021, the Honorable Edgardo Ramos assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as possible, the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference for a time when they believe it would be productive.

      In the weeks prior to the conference, the Court will confirm whether the conference will be held telephonically or in person.

**SO ORDERED.**

                                                                 _____
                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:      August 11, 2021
                 New York, New York