USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JANE DOE,

                **Plaintiff,**

     -against-

THE TRUSTEE OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK, et al.,

                **Defendants.**

-----------------------------------------------------------------X

21-CV-05839 (ER)(SN)

SETTLEMENT CONFERENCE ORDER

**SARAH NETBURN, United States Magistrate Judge**:

    A settlement conference is scheduled for Tuesday, August 31, 2021, at 10:00 a.m. In the weeks prior to the conference, the Court will confirm whether the conference will be held telephonically or in person.

    The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Tuesday, August 24, 2021, by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

Dated:     August 13, 2021
             New York, New York

_____
SARAH NETBURN
United States Magistrate Judge