L8B5doeC

```
1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    JANE DOE,

4              Plaintiff,

5         v.                         21 Civ. 5839 (ER)
                                     Remote Proceeding
6    THE TRUSTEE OF COLUMBIA
     UNIVERSITY IN THE CITY OF NEW
7    YORK, et al.,

8              Defendants.

9    ------------------------------x
                                     New York, N.Y.
10                                   August 11, 2021
                                     10:00 a.m.
11
     Before:
12
                    HON. EDGARDO RAMOS,
13

14                                   U.S. District Judge

15

16                    APPEARANCES

17

18   JANE DOE, Pro se

19   KAPLAN HECKER & FINK LLP
          Attorneys for Defendants
20   BY:  GABRIELLE TENZER
          RACHEL L. TUCHMAN
21

22

23

24

25
```

L8B5doeC

```
 1          (Case called; The Court and all parties appearing

 2     telephonically)

 3          THE DEPUTY CLERK:  Parties please state your name for

 4     the record, starting with plaintiff.

 5          MS. DOE:  This is plaintiff Jane Doe.

 6          THE DEPUTY CLERK:  And counsel for defendant?

 7          MS. TENZER:  Good morning, your Honor.  This is

 8     Gabrielle Tenzer on behalf of defendant Columbia University,

 9     and I am joined by my colleague Rachel Tuchman this morning.

10          MS. TUCHMAN:  Good morning, your Honor.

11          THE COURT:  Good morning to you all.

12          This matter is on for pre-motion conference.  I note

13     for the record that it is being held by telephone.  It is also

14     the first time that the parties have appeared before me.

15          So, Ms. Doe, let me begin with you.  Why don't you

16     tell me a little bit about your case.  Why are you bringing

17     this suit?

18          MS. DOE:  The cause of action --(inaudible)

19          THE COURT:  Ms. Doe, can you please keep your voice up

20     and speak slowly?

21          MS. DOE:  OK.

22          I feel Columbia shouldn't use the pending case and

23     also during the -- during the proceeding of my -- (inaudible)

24          THE COURT:  During the hearing Columbia should have

25     done what?
```

L8B5doeC

1          MS. DOE:  I feel during the proceeding Columbia

2     treated my case with deliberate indifference.

3          THE COURT:  Thank you, Ms. Doe.  Let me turn to

4     Ms. Tenzer.

5          Ms. Tenzer, what is that that you want to do?

6          MS. TENZER:  Thank you, your Honor.

7          As we requested in our initial letter, we think it

8     would be helpful to try to work toward some sort of resolution

9     of this matter without motion practice, and on that score I

10    have both a correction from our original letter and an update,

11    if I can proceed and talk to you about those two things.

12         THE COURT:  Please.

13         MS. TENZER:  In terms of the correction, in our

14    initial letter to you where we talked about the idea of a

15    possible settlement or mediation.  We had talked about another

16    case and had suggested that that case had been settled

17    following a court ordered mediation.  But, we've gone back and

18    looked at the docket and I just wanted to correct for the

19    record that while there was an order in that prior case

20    referring that case to mediation, and that was ECF 20 in that

21    other case, and while it appears that there was a mediation

22    conference scheduled in that case, upon further review of the

23    docket, it appears that there actually never was a

24    settlement -- there actually never was a mediation conference

25    and that, instead, it looks like the parties were able to come

L8B5doeC

1    to a settlement independently both with the assistance of pro

2    bono counsel from the NYLAG clinic for pro se litigants who

3    appeared on behalf of the plaintiff for the limited purpose of

4    both defending her deposition but also:  Providing advice and

5    representation in settlement negotiations, settlement

6    conference, and/or mediation through the Southern District

7    Alternative Dispute Resolution Program."  And that's ECF 40 in

8    that other case.  And also, with the assistance of the

9    magistrate judge in that case -- and I think we apologize for

10   the misstatement in our letter but are happy to correct that

11   now, and I think that was supported by the plaintiff's letter

12   that she put in at ECF 24 on page 3 where she states that there

13   was no mediation in the other case, but that the parties

14   reached a settlement following a status conference before the

15   magistrate judge.

16            THE COURT:  OK.

17            MS. TENZER:  We wanted to correct the record in that

18   regard.

19            Second, I am happy to report to the Court that

20   following the plaintiff putting in her letter ECF 24 on July

21   26, where she expressed an interest in settlement discussions,

22   which is on page 2 of that letter, we reached out to her and

23   since that time she has made a demand which our client is --

24   which we are discussing with our client.  And, in fact, as

25   early as this morning, the plaintiff sent to us a revised

L8B5doeC

1  demand.

2           And so, I am pleased to tell the Court that there are

3  settlement communications going on, I don't -- it is at an

4  early stage, I don't want to sound overly optimistic, but it is

5  at an early stage and it is progressing.  So I think that to

6  cut to the chase, we would like to proceed with those

7  settlement discussions and think that perhaps those could be --

8  those could be aided significantly by a third-party whether

9  that be as happened in this other case, whether that be adding

10  in a pro bono counsel or the magistrate judge or some other

11  third-party neutral mediator to help the parties with that

12  process.

13           THE COURT:  Ms. Doe, it sounds like you have already

14  started the process of engaging in settlement talks with

15  Columbia.  Is that something that you wish to pursue, to

16  continue to pursue?

17           MS. DOE:  I'm not sure because I made my demand to

18  Columbia on August 2nd, last week, and over the past nine days

19  Columbia never commented on any of my demands, they never

20  said -- (inaudible) I don't know how Columbia thinks of demands

21  on whether they are actually interested in settlement.

22           THE COURT:  Well, it sounds from what I heard from

23  Ms. Tenzer, and she is the lawyer for Columbia, that she and

24  her client are very interested in pursuing these talks.

25           MS. DOE:  Yes, but over the past nine days I sent the

L8B5doeC

```
1   settlement demand, very specifically, over three pages, but
2   they never commented on any of my demands.  I don't know how
3   they didn't.  And they only ask me for extension of three weeks
4   and that's it.  I don't know how they actually think of
5   settlement.
6           THE COURT:  Ms. Tenzer?
7           MS. TENZER:  Thank you, your Honor.
8           We are very appreciative that plaintiff put forward a
9   demand.  As she mentioned, we did ask her for a brief extension
10  of our time to answer the complaint so that our settlement
11  discussions could continue, which she declined, which is why we
12  put in our pre-motion letter because we had to in order to
13  comply with our deadline.  But, we are interested.  She made a
14  very detailed demand which, as we said, we are discussing with
15  our client, and she has since revised that demand as of this
16  morning.  So, I appreciate that it has been roughly a week or
17  so since we got the demand and we are considering it but,
18  again, and we are very interested in pursuing those
19  discussions.
20          So, the short answer to your question, your Honor, is,
21  yes, but as I said, I do also think that those discussions
22  could -- we would like some time for those discussions to play
23  out and also, again, think it might be useful to have a neutral
24  third-party involved, if possible.
25          THE COURT:  Ms. Doe, let me ask you this question.  In
```

L8B5doeC

1    connection with your other case that was brought in this court,

2    did you use the help of the New York Law clinic here in the

3    court house?

4              MS. DOE:  For settlement, yes, but I never requested

5    it.  The Judge, she assign one for me at her discretion for

6    some reason.

7              THE COURT:  And did you -- because I would be inclined

8    to do the same thing.  I would be inclined to direct you to the

9    clinic so that you can be appointed a lawyer to help you in

10   connection with your settlement discussions.  Would you object

11   to that?

12             MS. DOE:  Would it be more efficient rather than by

13   myself?

14             THE COURT:  So you want to do it on your own?

15             MS. DOE:  Yeah.

16             THE COURT:  OK.  That's fine.  That's your

17   prerogative.  Now, do you wish me -- I also am inclined to

18   refer you folks to the assigned magistrate judge who in this

19   case is Magistrate Judge Sarah Netburn to preside over

20   settlement discussion.  So, I'm going to do that.  Now, but it

21   will be a couple of weeks before she is going to be able to

22   accommodate you folks, and I say that because if you want to

23   proceed with discussions with Columbia directly, obviously you

24   can go ahead and do that now or today or over the next of

25   weeks.

L8B5doeC

1          MS. DOE:  Yes.

2          THE COURT:  But I will make the referral to the

3    magistrate judge and she will get in touch with the parties and

4    let you know what she will require prior to settlement

5    conference.  So, what I'm going to do is I'm going to make that

6    referral and I'm going to stay any motion practice until after

7    I get a report from you and the defendants letting me know what

8    the outcome of those settlement discussions were.  If they are

9    successful, so much the better.  If they are not successful,

10   then we can get back together and talk about what motions the

11   parties may wish to make.  OK?

12         MS. DOE:  OK.  Your Honor, could you, like I said,

13   extend the time for such discussion because I know that the

14   defendant has requested multiple times for extension of time to

15   respond to my complaint.  I don't want to miss opportunity for

16   settlement with their ask for extension of time.

17         THE COURT:  Well, look.  I know that you are anxious

18   to get this matter resolved but you have to understand, in the

19   scheme of things, not that much time has transpired since you

20   filed your complaint and it is not unusual for there to be a

21   few days, a couple of weeks for a party to consider a

22   settlement offer.  So, everything that I have heard from

23   Ms. Tenzer is that Columbia is anxious or is willing, certainly

24   at the very least, to engage in settlement discussions so that

25   this matter can be resolved without any further motion

L8B5doeC

1    practice.  I would encourage you to continue those discussions,

2    to be patient, and to continue to engage with Ms. Tenzer's

3    office, and if you are not able to do it on your own, then you

4    will have an opportunity to try to settle this matter before

5    Magistrate Judge Sarah Netburn.  OK?

6              MS. DOE:  OK.

7              THE COURT:  OK.  So, Ms. Tenzer, I will make the

8    referral today.  Obviously you should continue to speak with

9    Ms. Doe if she wants to move more quickly, and I will direct

10   the parties to advise chambers of the outcome of those

11   settlement negotiations.

12             So, we will leave it at that for now, Ms. Doe.  Again,

13   you can continue to speak with Ms. Tenzer, I will make the

14   referral to Magistrate Judge Netburn, and if this matter is not

15   able to be resolved by settlement, then I will hear back from

16   you after you meet with Magistrate Judge Netburn.  And with

17   that, unless there is anything else, Ms. Tenzer?

18             MS. TENZER:  No.  Thank you very much, your Honor.

19             THE COURT:  Anything else from you, Ms. Doe?

20             MS. DOE:  No.  Thank you very much.

21             THE COURT:  In that event, we are adjourned.

22   Everyone, please stay well.  And, good luck in your

23   discussions.

24             MS. TENZER:  Thank you.

25             MS. DOE:  Thank you.
                              o0o