UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JANE DOE,

                     **Plaintiff,**

      -against-

THE TRUSTEE OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK, et al.,

                    **Defendants.**

-----------------------------------------------------------------X

21-CV-05839 (ER)(SN)

SETTLEMENT CONFERENCE ORDER

**SARAH NETBURN, United States Magistrate Judge**:

      Due to a conflict in the Court's calendar, the settlement conference currently scheduled for Tuesday, August 31, 2021, is RESCHEDULED for Wednesday, September 1, 2021, at 10:00 a.m.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Wednesday, August 25, 2021, by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                         _____
                                                         SARAH NETBURN
                                                         United States Magistrate Judge

Dated:     August 17, 2021
              New York, New York