# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL   929.294.2536
DIRECT EMAIL  gtenzer@kaplanhecker.com

September 2, 2021

**VIA ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

     Re:  *Doe v. The Trustees of Columbia University in The City of New York, et al.*, No. 21-CV-05839 (ER) (S.D.N.Y.)

Dear Judge Ramos:

  We represent Defendant The Trustees of Columbia University in the City of New York and the individual defendants (collectively, "Defendants") in the above-captioned action. As you are aware, on September 1, the parties in this case participated in a settlement conference before Magistrate Judge Sarah Netburn. (ECF 33.) Unfortunately, as Plaintiff has already reported (ECF 34), the parties were not able to reach a resolution. Defendants are therefore writing to propose a briefing schedule for their motion to dismiss the amended complaint (ECF 12) and to respectfully request that discovery be stayed while the motion to dismiss is pending. Defendants reached out to Plaintiff by email yesterday afternoon and asked Plaintiff to let us know by this morning whether she would consent to the briefing schedule proposed below and to a stay of discovery while the motion is pending, but we had not heard back from Plaintiff at the time this letter was filed.

  In light of Labor Day Weekend and the upcoming Jewish holidays, Defendants propose the following briefing schedule:

- Motion to dismiss due October 13, 2021;
- Opposition to the motion to dismiss due November 24, 2021; and
- Reply in further support of the motion to dismiss due December 17, 2021.

  Defendants also respectfully request that discovery be stayed pending adjudication of the motion to dismiss. The Court may stay discovery "for good cause," Fed. R. Civ. P. 26(c), which the Court analyzes "by application of three factors: (1) whether a defendant has made a strong showing that the plaintiff's claim is unmeritorious, (2) the breadth of discovery and the burden of responding to it, and (3) the risk of unfair prejudice to the party opposing the stay." *New York v.*

KAPLAN HECKER & FINK LLP

2

*Penn. Higher Educ. Assistance Agency*, No. 19-CV-9155, 2020 WL 605944, at *1 (S.D.N.Y. Feb. 7, 2020) (Ramos, J.) (staying discovery pending resolution of motion to dismiss).

  Here, all three factors counsel in favor of granting a stay. Defendants have made a strong showing that Plaintiff's claims are unmeritorious. *See* ECF 25. Discovery would be burdensome, particularly given the sensitivity of the subject matter in this Title IX case and the necessary measures for protecting party and non-party student privacy. *See, e.g.*, 20 U.S.C. § 1232g (FERPA). And there is no risk of unfair prejudice to Plaintiff from a stay while the motion to dismiss is pending given that the Amended Complaint was filed only about six weeks ago and the parties have been engaged in settlement negotiations for the past several weeks.

  Defendants are of course prepared to participate in a conference to discuss any of the above or to make any further submissions that the Court directs.

Respectfully submitted,

Gabrielle E. Tenzer

cc: Jane Doe