UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

       Plaintiff,

– against –

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK; KEVIN PITT; ALYSSA ANZALONE-NEWMAN; KRISTIN COLLADO,

       Defendants.

**ORDER**

21 CV 05839 (ER)

RAMOS, D.J.:

  Defendants' proposed briefing schedule for its motion to dismiss is approved: Defendants' motion to dismiss is due October 13, 2021; Plaintiff's opposition to the motion to dismiss is due November 24, 2021; and Defendants' reply in further support of the motion to dismiss is due December 17, 2021.  Discovery is stayed pending adjudication of the motion to dismiss.

  As default judgment is not appropriate and summary judgment is premature, Defendants need not respond to Plaintiff's three letters but should instead proceed with its motion to dismiss.

SO ORDERED.

Dated: September 15, 2021
    New York, New York

                       Edgardo Ramos, U.S.D.J