UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE

        *Pro Se* Plaintiff,

v.

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, and KEVIN PITT, ALYSSA ANZALONE-NEWMAN, KRISTIN COLLADO, in their official capacities,

        Defendants.

**ORDER**

21 Civ. 5839 (ER)

Ramos, D.J.:

On December 2, 2021, *pro se* Plaintiff Jane Doe requested an extension of time to respond to Defendants' motion to dismiss, from November 24, 2021, to December 6, 2021. Doc. 51. The Court granted her request. Doc. 52. Plaintiff has yet to file a response.

Today, December 17, 2021, Defendants wrote to seek the Court's guidance on how to proceed, given that Plaintiff had not filed an opposition on December 6, and that Defendants' reply in further support of their motion was due to be filed today. Doc. 54.

Plaintiff is directed to respond to Defendants' motion by January 7, 2022. If she fails to do so, the motion will be deemed unopposed. If Plaintiff does file a response by January 7, 2022, Defendants will have until January 18, 2022, to respond.

It is SO ORDERED.

Dated: December 17, 2021
       New York, New York

                                                               Edgardo Ramos, U.S.D.J.