UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                    *Pro Se* Plaintiff,

              v.

THE TRUSTEES OF COLUBMIA
UNIVERSITY IN THE CITY OF NEW
YORK, and KEVIN PITT, ALYSSA
ANZALONE-NEWMAN, KRISTIN
COLLADO, in their official capacities,

                    Defendants.

**ORDER**

21 Civ. 5839 (ER)

Ramos, D.J.:

        On January 7, 2022, Plaintiff filed a memorandum of law in opposition to Defendants'

motion to dismiss.  *See* Doc. 58.  Defendants requested via email that Plaintiff's opposition not

be publicly filed on the docket until confidential information concerning other former Columbia

students, who are non-parties to this litigation, is redacted.  Specifically, Defendants wrote

Plaintiff obtained some of this information from a document designated as confidential by

Columbia pursuant to a protective order in another matter.  As a result, the opposition was placed

under seal by the Court pending resolution of Defendants' request.

        In response, Plaintiff emailed the Court to explain she did not rely on the confidential

document in writing her opposition, but instead relied on her own communications with the other

student.  Plaintiff wrote that this information is critical to her legal arguments and that she

believes Defendants seek to redact this information only to conceal how they handled the case

involving this other student.

As redactions will not impact the Court's ability to review Plaintiff's legal claims—the Court will still be able to view the unredacted version of Plaintiff's opposition—the parties are directed to submit a proposed public version of Plaintiff's memorandum, with appropriate redactions.

It is SO ORDERED.

Dated:   January 11, 2022
         New York, New York

_____

EDGARDO RAMOS, U.S.D.J.