UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JANE DOE

                     *Pro Se* Plaintiff,

                     -against-

THE TRUSTEES OF COLUMBIA UNIVERSITY IN
THE CITY OF NEW YORK, and KEVIN PITT,
ALYSSA ANZALONE-NEWMAN, KRISTIN
COLLADO, in their official capacities,

                     Defendants,

------------------------------------------------------------------- x

Case No.: 21-CV-5839-ER

**LETTER DATED JANUARY 12, 2022**

Dear Judge Edgardo Ramos,

    Pursuant to the Court's January 11 Order, Plaintiff is filing the public version of her memorandum of law with appropriate redactions (12, 13, 39) along with this letter. Because such redaction is meant to protect a non-party's confidential information, Plaintiff believes it's necessary to double check with this non-party and allow her to make decision for herself. On January 11, Plaintiff showed this non-party of those redactions and received her affirmative consent. (The screenshot of this non-party's consent is sent to the Court contemporaneously in a separate email.)

Dated: January 12, 2021

                                                                        /s/ Jane Doe

                                                      *Pro Se for Plaintiff*
                                                              PO Box 297
                                                   New York, NY, 10044
                                                       646.920.4618