UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

          Plaintiff,

     -against-

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, *et al.*,

          Defendants.

**ORDER**

21 Civ. 5839 (ER)

**Ramos, D.J.**:

    On September 23, 2022, *pro se* Plaintiff Jane Doe filed an amended compliant with the Pro Se Intake Office by email. In her email, she advises that the filing was submitted after the deadline due to a lack of internet connection at her residence. The Court construes this as a request for an extension of time. Accordingly, that application is granted.

    The Clerk of the Court is respectfully directed to file the amended complaint.

    It is SO ORDERED.

Dated:   September 27, 2022
           New York, New York

                                      Edgardo Ramos, U.S.D.J.