UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JANE DOE,

                Plaintiff,

-against-                              21 **CIVIL** 5839 (ER)

**JUDGMENT**

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK;
KEVIN PITT; ALYSSA ANZALONE-
NEWMAN; KRISTIN COLLADO,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 27, 2023, Defendant's motion to dismiss the SAC is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      June 27, 2023

                                                              **RUBY J. KRAJICK**

                                                                _____
                                                                      **Clerk of Court**

                                    **BY:**          *K. Mango*

                                                                      _____
                                                                      **Deputy Clerk**