# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JANE DOE

Pro se Plaintiff
(List the full name(s) of the plaintiff(s)/petitioner(s).)

21 CV 5839 ( E )( R )

-against-

**NOTICE OF APPEAL**

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK et al

Defendant
(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: JANE DOE

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☒ judgment  ☐ order  entered on: June 27, 2023
(date that judgment or order was entered on docket)

that:  dismissal with prejudice

(If the appeal is from an order, provide a brief description above of the decision in the order.)

June 29, 2023                                            /s/Jane Doe
Dated                                                    Signature*

Doe, Jane
Name (Last, First, MI)

PO Box 297        New York        NY        10044
Address           City            State     Zip Code

646.920.4618                      doe826499@gmail.com
Telephone Number                  E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13