UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

        Plaintiff,

        v.

THE TRUSTEE OF COLUMBIA UNIVERSITY IN
THE CITY OF NEW YORK, KEVIN PITT,
ALYSSA ANZALONE-NEWMAN, and KRISTIN
COLLADO,

        Defendants.

**ORDER**

21-cv-5839 (ER)

Ramos, D.J.:

    On November 25, 2024, Plaintiff filed a letter motion for pre-motion conference for leave to file supplemental pleading under the Federal Rules of Civil Procedure 15. Doc. 89. On November 27, 2024, Defendants requested via telephone that Plaintiff's opposition not be publicly filed on the docket until confidential information is redacted. Document 89 has been temporarily placed on "Selected Parties" viewing status. Defendants are directed to submit the document with the proposed redactions and a letter providing the basis for the proposed redactions by December 5, 2024. Plaintiffs shall file any opposition by December 6, 2024.

SO ORDERED.

Dated:    November 27, 2024
           New York, New York

                                                          Edgardo Ramos, U.S.D.J.