UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                 Plaintiff,

                 v.

THE TRUSTEE OF COLUMBIA UNIVERSITY IN
THE CITY OF NEW YORK, KEVIN PITT,
ALYSSA ANZALONE-NEWMAN, and KRISTIN
COLLADO,

                 Defendants.

**ORDER**

21-cv-5839 (ER)

Ramos, D.J.:

       On June 27, 2023, Defendants' motion to dismiss the second amended complaint was

granted and the case was closed.  Doc. 85.  Plaintiff appealed and on July 8, 2024, the Second

Circuit affirmed the Court's decision.  Doc. 88. [1]  On November 25, 2024, Plaintiff filed a letter

motion requesting a pre-motion conference for leave to file supplemental pleading under the

Federal Rules of Civil Procedure 15.  Doc. 89.  Plaintiff states that her Title IX claim "should be

evaluated as 'breach of contact'" and that she will also add "new claim and new defendant based

on the same facts."  *Id.* at 1.  However, as a final judgment has been entered, res judicata bars

"all other claims arising out of the same transaction or series of transactions" that formed the

basis of the original suit "even if" those other claims are "based upon different theories or ...

seek[ ] a different remedy."  *Lipman v. Rodenbach*, 852 F. App'x 578, 582 (2d Cir. 2021)

---

[1] On November 12, 2024, the Supreme Court denied the Plaintiff's petition for a writ of certiorari.  *Doe v. Columbia Univ. Trustees*, No. 24-5511, 2024 WL 4743125, at *1 (U.S. Nov. 12, 2024).  On November 22, 2024, the Second Circuit denied Plaintiff's motion to recall the mandate.  Order, Dkt. No. 128, *Doe v. Columbia Univ. Trustees*, No. 23-960 (2d Cir. Nov. 22, 2024).

(internal citation omitted).  Plaintiff's request for leave to file a supplemental pleading is therefore denied.

On November 27, 2024, Plaintiff's November 25, 2024, letter requesting a premotion conference was temporarily placed on "Selected Parties" viewing status upon Defendant's request via telephone because it contained confidential information.  On December 5, 2024, Defendants filed proposed redactions of Plaintiff's letter motion.  Doc. 91.  Defendants' proposed redactions are granted.

It is SO ORDERED.

Dated:    December 9, 2024
          New York, New York

Edgardo Ramos, U.S.D.J.