# MANDATE

S.D.N.Y. – N.Y.C.
21-cv-5839
Ramos, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of September, two thousand twenty-five.

Present:

    Richard C. Wesley,
    Beth Robinson,
       *Circuit Judges*.*

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: __10/20/2025___

Jane Doe,

       *Plaintiff-Appellant*,

    v.                     25-163

The Trustee of Columbia University in the City of New York, et al.,

       *Defendants-Appellees*.

_____

Appellant, pro se, moves for leave to proceed in forma pauperis.  Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact."  *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see* 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

\* Judge Bianco has recused himself from consideration of this motion.  Pursuant to Second Circuit Internal Operating Procedure E(b), the matter is being decided by the two remaining members of the panel.

**MANDATE ISSUED ON 10/20/2025**